**STATE of Missouri, Respondent,**

v.

**Charles S. BROWN, Jr., Appellant.**

**No. WD 43447.**

Missouri Court of Appeals,
Western District.

Feb. 13, 1991.

James L. McMullin, Kansas City, for appellant.

William L. Webster, Atty. Gen., Geoffrey W. Preckshot, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and LOWENSTEIN and ULRICH, JJ.

### ORDER

PER CURIAM:

Appeal from conviction and judgment on two counts of possession of a Schedule II controlled substance, § 195.020, RSMo 1986, and sentence of 12 years' imprisonment on each count with the sentences to run concurrently.

Judgment affirmed. Rule 30.25(b).